IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:19-CV-2146-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the scheduling conference set in this matter for June 17, 2020, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated. At a later date, the Court will set this matter, as well as related non-stayed matters, for a global status conference to address, among other things, case scheduling.

IT IS SO ORDERED.

Dated: May 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE