**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
*jpierce@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Pierce Bainbridge Beck Price & Hecht LLP**
David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiff Sharidan Stiles*

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN L. STILES,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART STORES INC.,<br><br>  Defendant. | Case No. 2:19-cv-02146-KJM-DMC<br><br>Hon. Kimberly J. Mueller<br>U.S. Magistrate Dennis M. Cota<br><br>**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR SHARIDAN STILES AND FOR A STAY OF PROCEEDINGS TO ALLOW STILES TO SEEK NEW COUNSEL**<br><br>**Date: June 26, 2020**<br>**Time: 10:00am**<br><br>**Courtroom 3, 15th Floor** |

DECLARATION OF JOHN M. PIERCE

I, John M. Pierce, declares and states as follows:

1. On May 23, 2019, Sharidan Stiles engaged Pierce Bainbridge Beck Price & Hecht LLP ("Pierce Bainbridge")

2. On May 20, 2020, Ms. Stiles sent an email to me indicating that she was terminating Pierce Bainbridge.

3. Ms. Stiles violated the Engagement Agreement by failing to cooperate with Pierce Bainbridge and failing to pay costs associated with her case.

4. Failure to cooperate and failure to pay were agreed-upon reasons for Pierce Bainbridge to withdraw from the representation.

5. On May 26, 2020, Pierce Bainbridge sent Ms. Stiles a letter indicating that we accepted her request for termination and that we would be seeking to withdraw from this matter based on her termination request and furthermore due to her lack of cooperation, breakdown in communications, and outstanding costs.

6. In light of California Bar Rule 3-100, which governs an attorney's obligation to avoid disclosure of confidential information, I will not set forth here the specifics of Ms. Stiles failure to cooperate. At the Court's request, I will explain my statements and respond to any questions the Court may have regarding the situation, *in camera*.

Dated: May 26, 2020                    Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

*/s/ John M. Pierce*
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866

*Attorneys for Plaintiff Sharidan Stiles*

DECLARATION OF JOHN M. PIERCE