IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:19-CV-2146-DAD-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| WAL-MART STORES, INC., | |
| Defendant. | |

Plaintiff brings this civil action. Counsel for Plaintiff has been granted leave to withdraw and Ms. Stiles in now proceeding pro se. The Court will by this order set the matter for an initial scheduling conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This matter is set for an initial scheduling conference before the undersigned on October 24, 2023, at 10:00 a.m., via Zoom.

4. On or before October 17, 2023, the parties shall meet and confer and file a joint scheduling conference report consistent with the Court's October 24, 2019, order at ECF No. 29.

Dated: September 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1