UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARIDAN STILES,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

No. 2:19-cv-02146-DAD-AC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

(Doc. Nos. 83, 85)

Plaintiff Sharidan Stiles is proceeding *pro se* in this civil action which she initiated by the filing of the original complaint in this court on June 7, 2019.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for judgment on the pleadings (Doc. No. 83) be granted and that judgment be entered in favor of defendant.  (Doc. No. 85.) Specifically, the magistrate judge identified two earlier actions involving the same product and patents at issue in this action, *Stiles v. Walmart Stores, Inc., et al.*, No. 14-cv-02234-DAD-DMC (E.D. Cal.) and *American International Industries v. Sharidan Stiles*, No. 2:19-cv-01218-DAD-AC (E.D. Cal.), and concluded that the judgments entered in those actions barred plaintiff's

1

claims brought in this action.  (*Id.* at 1.)  The magistrate judge also concluded that the requirements for collateral estoppel, claim preclusion, and the *Kessler*[1] doctrine were met in this action and that plaintiff's claims are barred under all three doctrines.  (*Id.* at 5–7.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 7.)  To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the recommendation set forth in the findings and recommendations is supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations issued on November 17, 2025 (Doc. No. 85) are ADOPTED in full;

2.   Defendant's motion for judgment on the pleadings (Doc. No. 83) is GRANTED; and

3.   The Clerk of the Court is directed to ENTER judgment in favor of defendant and close this case.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]  *Kessler v. Eldred*, 206 U.S. 285, 289 (1907).

2